UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Home Deals of Maine, LLC**

Debtor

Chapter 11

Case No. 21-10267

# ORDER AUTHORIZING EMPLOYMENT
# OF MURRY, PLUMB & MURRAY AS SPECIAL COUNSEL

Upon the Application for Authority to Murray, Plumb & Murray as Special Counsel dated November 12, 2021 (the "Application"), filed by Home Deals of Maine, LLC (the "Debtor"), [Dkt. No. 92] pursuant to 11 USC Sec 327(e) and for good cause shown, it is hereby

**ORDERED** that the Application is hereby granted and the Debtor is authorized to employ Kelly McDonald, Esq., and the firm of Murray, Plumb & Murray as Special Counsel for the Debtor pursuant to 11 USC Sec 327(e) to represent them on the terms and conditions set forth in the Application, effective as of the date it was filed—November 12, 2021.

Dated: December 3, 2021

/s/ Peter G. Cary
Peter G. Cary
United States Bankruptcy Court
District of Maine

{R1605482.1 31399-071761 }