UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Home Deals of Maine, LLC**

Debtor

Chapter 11

Case No. 21-10267

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Maine will conduct a hearing on the Debtor's Application for Authorization to Employ Professional Person on **Wednesday, September 7, 2022, at 9:00 AM**.

This hearing will be conducted at the United States Bankruptcy Court for the District of Maine located at: 537 Congress Street, 2nd Floor, Portland, ME 04101. If you intend to participate in the hearing via telephone you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the hearing.

If no objections are filed by **August 26, 2022**, no hearing may be required and the Court may rule on the Motions, as filed.

Responses to the Motions shall either admit or deny each allegation of the Motions and assert affirmatively such defenses or other matters as may be required to fully inform the Court of the scope of the issues raised by the Motions.

Date: August 5, 2022

Home Deals of Maine, LLC

By:/s/ *Tanya Sambatakos*
Tanya Sambatakos, Esq.
Molleur Law Office
190 Main Street, 3rd Floor
Saco, ME 04072
(207) 283-3777
tanya@molleurlaw.com