

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re: | Chapter 11 |
|---|---|
| **Home Deals of Maine, LLC** | Case No. 21-10267 |
| Debtor | |

## SIGNED STATEMENT OF PROFESSIONAL PERSON

I, Thomas A. Cox, Esq., Attorney at Law ("Firm"), state as follows:

1. Except as otherwise disclosed in paragraph 2 hereof, neither I nor any member of my Firm holds or represents any interest adverse to the estate of Home Deals of Maine, LLC in the above referenced Chapter 11 case.

2. My and My Firm's connections with the Debtor, any creditors, or other parties-in-interest, their respective attorneys and accountants are as follows:

   A. My Firm represented the Debtor pre-petition in connection with the legal work and evaluation of litigation related to issues and potential claims arising out of the August 31, 2018, mortgage loan of $1,835,250 made by Finance of America Commercial, LLC (said loan is now owned by U.S. Bank National Association in trust capacity). The Firm rendered services to the Debtor pre-petition and had a pre-petition claim against Debtor's estate in the amount of $3,204.70 that has since been paid in full by the Debtor's principal.

   B. Other: None

3. I hereby represent that neither I nor any members of my Firm holds or represents any interest adverse to the estate of the above-named Debtor with respect to the matter on which my Firm has agreed to represent the Debtor as Special Counsel pursuant to 11 U.S.C. Sec. 327(e), as set forth in the retention agreement entered into on June 17, 2022 between my Firm and the Debtor.

4. Due to the complexity of the case and loan I have been asked to investigate, I am unable to estimate the fees for my services.

5. The Debtor proposes to employ the Firm at its normal hourly rates, upon approval of this Court.

6. The Firm does not believe that its limited representation as Special Counsel to the Debtor pursuant to the Agreement would be adversely affected by the Firm's duties to any other clients or former clients, including the Debtor.

7. I hereby represent that I have not agreed to share with any person the compensation to be paid for services rendered in this case, except as follows: none.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: September 19, 2022

_____
Thomas A. Cox, Esq.