

# THOMAS A. COX
Attorney at Law

P.O. Box 1314
Portland, Maine 04104-1314

June 9, 2022

Ms. Jo Roderick, Manager
Home Deals of Maine, LLC
P.O. Box 97
Hinckley, Maine 04944

Re: Limited Representation in Chapter V bankruptcy case

Dear Ms. Roderick:

You have requested my legal representation of Home Deals of Maine, LLC ("HDOM") with respect to issues and potential claims arising out of the August 31, 2018, mortgage loan of $1,835,250 made by Finance of America Commercial, LLC ("FOAC"). U.S. Bank National Association, in trust capacity is the current owner of this mortgage loan (the "Loan"). The Loan was originally serviced by PNC Bank, N.A. doing business as Midland Loan Services, but later the servicing of the Loan was transferred to NewRez doing business as Shellpoint Mortgage Serving.

It appears that issues have arisen as to (1) whether the two mortgage servicers have properly credited to the Loan account substantial payments made by HDOM, (2) whether the servicers have properly and accurately maintained the balances on at least one of the reserve accounts for the Loan, and (3) whether the servicers have charged improper or excessive prepayment penalties with respect to sales of some of the properties which secured the Loan. You have requested my legal assistance in investigating these issues and, if improper loan account transactions are found in the servicers' loan history documents, to pursue appropriate action in the pending Chapter V case to resolve these issues.

I have agreed to represent you for these purposes. This letter, along with the attached Standard Terms of Representation, provides important information on the nature of, and limits to, the legal services, which I am offering to provide. If you do not understand anything in this letter or in the Standard Terms of Representation, please be sure to contact me right away so that any such questions can be resolved.

**Scope of Legal Work**

I am offering to provide you with the following legal services in connection with the issues outlined above:

1. <u>Review and analysis of HDOM records and mortgage servicer's records.</u> I have been provided with some (but incomplete) loan history records of the mortgage servicers. You have agreed to provide me with detailed HDOM records regarding payments made on the and other such records as I may request regarding loan account activity. I will provide all of these materials to forensic accountant Jay Patterson of Full Disclosure, LLC and will work closely with him to conduct a reconstruction and analysis of the loan account history so as to be able to identify possible errors, improper accountings, or improper charges to the loan account

2. <u>Conduct appropriate examinations of representatives of the loan owners and mortgage servicers.</u> Utilizing procedures available under Rule 2004 of the Rules of Bankruptcy Procedure as I determine appropriate, I will conduct examinations of representatives of the loan owners, the loan servicers, and, if necessary, of your depository banks to aid in the loan account analysis

3. <u>Work with the lead bankruptcy counsel for HDOM to resolve loan account issues.</u> To the extent that the loan account analysis reveals issues and/or inaccuracies in the loan account, I will, working with Jay Patterson, provide a detailed analysis of these issues to the lead bankruptcy counsel for HDOM and will coordinate with him/her in pursuing any appropriate actions in the Chapter V case to resolve these issues.

4. <u>Legal advice.</u> I will consult with you by telephone, and perhaps in person or through email or mail throughout this legal work. I will provide you with such legal advice regarding these issues as you may request.

**Fees and Charges**

I will charge for my legal services on an hourly basis as set forth in the Standard Terms of Representation. My current hourly rate for this work is $400.00. I will bill HDOM for my legal services periodically. By your execution of this Representation Letter, you are agreeing that Jo Roderick is personally guarantying payment for my legal services when due in accordance with the Standard Terms of Representation.

I expect to incur court reporter expenses for the conducting of Bankruptcy Rule 2004 Examinations of employees of the mortgage servicers, and you will be responsible for prompt payment of the bills for such services when they are submitted to you.

I also expect to incur expenses associated with billings which will be made to me by Full Disclosure LLC for the provision of forensic accounting work in analyzing the loan history records of the servicers. Mr. Jay Patterson, the principal of Full Disclosure, LLC may also be asked to provide expert witness testimony at bankruptcy court hearings in this matter. You will be e responsible for prompt payment of the bills for such services when they are submitted to you.

Prior to the commencement of the HDOM Chapter V case, I had performed work in meeting with you in Skowhegan and in conducting an analysis of the commercial loan documents for the August 31, 2018 loan for $1.835 million. I enclose my bill for that work which must be paid prior to the commencement of the representation discussed above. This bill <u>may not</u> be paid by HDOM and must instead be paid by Jo Roderick personally in order for us to be in compliance with requirements of the Bankruptcy Code.

**Implementation of Representation Agreement**

So that I may begin my representation of HDOM in the above matters, would you please sign and return a copy of the Representation Letter <u>and</u> the Standard Terms of Representation to me. You should be sure to retain copies for your files. Please also include with that signed copy payment by Jo Roderick of the bill for the 2021 legal services which is included with this letter

Thank you for permitting me to be of assistance to you in this matter.

Sincerely,

*Thomas A. Cox*

Thomas A. Cox

I HAVE READ THIS REPRESENTATION LETTER AND THE ATTACHED STANDARD TERMS OF REPRESENTATION AND UNDERSTAND THEM AND AGREE TO ALL OF THEIR TERMS.

Dated: June 17, 2022

Home Deals of Maine, LLC

By: _____
Jo Roderick, Manager

_____
Jo Roderick, Guarantor

# STANDARD TERMS OF REPRESENTATION

*These Standard Terms of Representation supplement the terms of my Representation Letter. Please review them carefully and let me know if you have any questions. "I," "my," and "me" refer to Thomas A. Cox. "You" or "client" refers to the Client defined in the Representation Letter.*

1. **Identity of Clients**. I represent only the person(s) or entity(ies) identified as clients in my Representation Letter and nobody else unless explicitly agreed in writing. My representation begins when the Representation Letter has been returned to me, fully executed or at such other time as may be stated in the letter.

2. **Attorney-Client Privilege**. The attorney-client privilege allows you to keep your communications with me confidential. This privilege includes verbal, written, and electronic communications. However, if you share any of my communications with any other person, then the privilege may be broken, and confidentiality may no longer apply. Please refrain from discussing lawyer-client communications with any third party in any form. If a situation arises in which you believe it is necessary to share such information with a third party, please consult with me before doing so.

3. **Privacy.** Attorneys have been and continue to be bound by professional ethics rules of confidentiality. I will abide by those rules which protect your rights to privacy. I will not disclose any non-public personal information about my clients or former clients except as required by law, or as authorized by the client. To protect all non-public personal information, I maintain physical, electronic, and procedural safeguards that comply with legal professional standards.

4. **Fees**. Unless set forth otherwise in the representation letter, my fees are based on my hourly rates. My current hourly billing rate is $400. This rate is subject to change without notice, usually on an annual basis. I this representation, may associate with co-counsel who may have a different hourly billing rate, and in that event, I will so advise you.

5. **Your Duties**. You agree to provide all relevant information to me, to cooperate, to keep me informed of any information or developments which may come to your attention, to consult with me in person or by other means from time to time as I may request, to abide by this Agreement, to pay my bills promptly upon receipt, and to keep me advised of any changes to your address, email address, or telephone number.

6. **Expenses and Third-Party Charges**. In addition to my fees, you also must pay for any additional expenses and third-party charges incurred as part of my representation of you. These expenses may include (but are not limited to) travel, couriers, postage, legal and title research, copies, court costs, filing and recording fees, and court reporter costs. You are directly responsible for the cost of any expert or other third party hired as part of my representation, and I ask that such invoices be paid promptly to preserve my good relationship with those professionals.

7. **Terms of Payment**. I will bill you on a periodic basis, usually monthly, and ask that you make payment promptly. All amounts owed to me are due, and you agree to pay such amounts, within fifteen (15) days of receipt of my invoice. I reserve the right without notice to assess a late fee of 1.5% per month on all overdue balances. I reserve the right to stop work and/or terminate my representation of you for failure to comply with your obligations under the Representation Letter or these Standard Terms, including any failure to make payment when due. If fees billed in my representation are not paid in accordance with these requirements and it becomes necessary for me to pursue recovery of such fees though legal action or through fee arbitration, you agree that you will be liable for payment of all attorney fees incurred by me in such actions.

8. **Escrow Deposits**. Any funds I receive from you to be held in escrow will be placed in my client trust account for your benefit. You hereby grant me a first-priority security interest in any such funds. These funds will be held by me in pledge and as security for your past, present, and future obligations to me. Unless I otherwise agree, your funds will be placed in a pooled trust account, and you will not be paid interest on them. By court rule, interest earned on the pooled account is payable to a charitable foundation. Please contact me to discuss the possibility of a different arrangement if desired.

9. **Estimates**. In some cases I may provide estimates of the cost of representation. Because every case is different and the legal costs may be affected by the actions of third parties, it is impossible to accurately predict the cost of representation. Please understand that any estimate that I may give is not a maximum or fixed quote. The final cost of representation may be higher or lower than any estimate. You agree that my giving of any such estimate shall not be a defense to your obligation to pay and fee bill which may exceed such estimate.

10. **Electronic Correspondence**. You agree to receive correspondence and invoices from me by email. Due to security and retention concerns, please do <u>not</u> communicate with me by text message unless I agree otherwise. From time to time, I also may send you informational emails or mailings not directly related to the subject of the Representation Letter. These communications may come after my representation of you ends and do not create an ongoing attorney-client relationship.

11. **Termination of Representation**. You may terminate my representation at any time, with or without cause, by notifying me in writing. I also reserve the right to terminate my representation of you at any time, with or without cause, but subject to my obligations under the applicable rules and court requirements. Any termination of my representation does not affect your responsibility for payment as provided above, including additional charges incurred in connection with an orderly transition of the matter.

12. **File Creation, Retention and Destruction Policy**.

    (a) My principal method of file creation and retention is to scan all paper documents to PDF format and to then destroy all paper documents except those which are your documents which you provide to me, or which are received from other sources, and which must be retained in paper form for use in court proceedings.
    (b) Whenever you provide me with paper documents, I will scan them to PDF format and promptly return them to you, unless it is necessary for me to retain such paper documents for use in court proceedings.
    (c) During my representation of you, I will provide you through email with electronic PDF copies of all documents which I receive or generate in this matter. It is your responsibility to retain copies of such documents for your own records.
    (d) Promptly upon the conclusion of my representation of you, I will promptly return all your remaining paper documents to you.
    (e) At the conclusion of my representation of you, I will retain my electronic case file for seven years. I will then destroy or delete that file at the end of that seven-year period without further notice to you.
    (f) If, after my representation of you has ended, but while I still retain my electronic case file regarding your matter, should you at any time request a copy of it, or documents within it, I will provide a copy of the file to you upon payment of a $50 fee for copying and service charges and will provide the copy to you by an online file sharing service, or at your specific request by a DVD, Zip Drive or other equivalent electronic media.

13. **Fee Disputes**. If you ever question or disagree with the amount of my fee, please discuss the matter with me. If there is a fee dispute that is not readily resolved, you have the right to request arbitration under the Maine Bar Rules. Upon request, I will provide you with information about the applicable procedures.

14. **No Guarantee of Outcome.** I will exercise my best judgment in representing you in the in the matter that is described in the Representation Letter, but I am not promising that an outcome favorable to you will be achieved, or that there will be any other particular outcome.

15. **Scope of Representation.** The Representation Letter sets out, as best can be known at the time of the preparation of the letter, the scope of the legal services which I have agreed to provide. I will not be obligated to provide additional services unless we have reached a written agreement for me to provide such additional services. If additional legal services are provided by me, this Standard Terms of Representation shall apply to such additional servicers unless otherwise agreed by me in writing.

16. **Potential Income Tax Consequences of your Matter.**
    (a) If, my representation of you involves the defense of a foreclosure or other debt collection action, and if there is an outcome which results in the mortgage creditor forgiving all or part of the principal amount of your mortgage debt, or if a court decision renders that debt uncollectable by the creditor, the Internal Revenue Code treats that forgiven or uncollectable debt as income to you and as to which you must pay income taxes., but the Code may provide exemption from such tax liability if you file an appropriate form to claim such exemption. If this debt is discharged by a bankruptcy filing by you, or to the extent that you were insolvent at the time of forgiveness of the debt, you may be able to avoid or reduce such income tax liability.
    (b) Under Maine statutes and other consumer laws, it may be possible under some circumstances for me to seek recovery from opposing parties of some of my legal fees arising out of my representation of you. Under the Internal Revenue Code, under most circumstances, all such fee recoveries will be treated as taxable income to you even when such fees are paid directly to me. Under the Bipartisan Budget Act of 2018, provisions were included which deny a taxpayer's previously existing right to claim any deductions for such legal fees paid to the client's attorney.
    (c) I am neither a tax lawyer nor a tax accountant and have no specialized knowledge of the Internal Revenue Code or Maine tax laws. I do not provide any legal services or advice in connection with the determination of tax liabilities or the payment of income taxes. *It is your responsibility to seek advice from tax advisors of your choosing to determine whether and when such tax liabilities do arise for you and to comply with Federal and Maine State tax laws in that regard.*

17. **Changes to these Terms**. The terms set forth here and in my Representation Letter may be changed only in writing (including email) agreed to by both parties.

I HAVE READ AND UNDERSTAND THE STANDARD TERMS OF REPRESENTATION

Date: ___June 17___, 2022

Home Deals of Maine, LLC

By: _____
Jo Roderick, Manager

_____
Jo Roderick, Guarantor