UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Home Deals of Maine, LLC**

Debtor

Chapter 11

Case No. 21-10267

# ORDER AUTHORIZING EMPLOYMENT OF THOMAS A. COX, ESQ.

Upon the Application for Authority to Employ Thomas A. Cox, Esq. as Special Counsel dated September 22, 2022 (the "Application"), filed by Home Deals of Maine, LLC (the "Debtor"), [Dkt. No. ___] pursuant to 11 USC Sec 327(e) and for good cause shown, it is hereby

**ORDERED** that the Application is hereby granted and the Debtor is authorized to employ Thomas A. Cox, Esq., as Special Counsel for the Debtor pursuant to 11 USC Sec 327(e) to represent them on the terms and conditions set forth in the Application, effective as of June 17, 2022 which is the date of the Representation Agreement between Special Counsel and Debtor.

Dated: _____        _____
                              Peter G. Cary
                              United States Bankruptcy Court
                              District of Maine