UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Home Deals of Maine, LLC**

Debtor

Chapter 11

Case No. 21-10267

## CERTIFICATE OF SERVICE

     I, Deana Kariotis, hereby certify that I am over eighteen years old and caused a true and correct copy of the Application to Employ Thomas A. Cox, Esq., as special counsel for the Debtor, Exhibits A and B, Notice of Hearing, and proposed Order to be served on the parties at the addresses set forth on the Service List attached hereto either electronically on September 22, 2022, or via first class U.S. Mail, postage prepaid, on September 22, 2022.

Dated: September 22, 2022

Home Deals of Maine, LLC

By: */s/ Deana Kariotis*
    Deana Kariotis
    Molleur Law Office
    190 Main St., 3rd Floor
    Saco, ME 04072
    207-283-3777
    deana@molleurlaw.com

**SERVICE LIST**

**Served electronically:**

Office of U.S. Trustee
Subchapter V Trustee
All parties on Court ECF mailing list

**Served via U.S. Mail:**